# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| CAMERON BELL, | Case No. 2:17-cv-02709-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CORE CIVIC, et al., | |
| Defendants. | |

Plaintiff Cameron Bell filed various proposed subpoenas (ECF No. 72) on December 31, 2019, which the court construes as a motion. Defendants may file a response by January 14, 2020.

IT IS SO ORDERED.

DATED: January 3, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE