UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cameron Bell, <br><br> Plaintiff <br><br> v. <br><br> Core Civic, et al., <br><br> Defendants | Case No.: 2:17-cv-002709-JAD-BNW <br><br> **Order Denying Motion for Status Hearing and for Copies of Docket Entries** <br><br> [ECF Nos. 83, 84] |

   Pro se prisoner Cameron Bell has filed a motion to alter or amend my order granting summary judgment against him and closing this case.[1]  When more than a month had passed without a decision on that motion, Bell moved for a status hearing and for the court to provide him with copies of two of his filings, ECF Nos. 67 & 80.[2]

   The court is well aware of Bell's pending motion to alter or amend, but his is among approximately 300 other motions pending in civil cases before this judge.  It is unlikely that the court will issue a ruling on that pending motion for many months.  Because this court does not find that a status check is necessary, Bell's request for one is denied.  The court will provide Bell notice of any action it takes in his case, and it will send Bell a copy of its decision on his motion to alter or amend as soon as that decision is entered.  Until then, however, Bell is advised that motions for status checks just to get an update on his case only further delay the court's ability to get to the merits of his pending motion.

   The court also denies Bell's request for copies of documents.  An inmate has no constitutional right to free photocopying.  This is true even for indigent plaintiffs proceeding *in*

---

[1] ECF No. 80.

[2] ECF Nos. 83, 84.

1 *forma pauperis* because the *in forma pauperis* statute, 28 U.S.C. § 1915, does not authorize the

2 Court to pay the costs for an indigent litigant's copy requests.[3]

3       IT IS THEREFORE ORDERED that Bell's motion for a status check **[ECF No. 83] is**

4 **DENIED**;

5       IT IS FURTHER ORDERED that Bell's request for copies of documents **[ECF No. 84]**

6 **is also DENIED**.

7       Dated: June 15, 2020

8                                             _____

9                                             U.S. District Judge Jennifer A. Dorsey

---

[3] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).