Cameron Bell #49789048
U.S.P Victorville
P.O. Box 3900
Adelanto, California 92301

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

OCT 12 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

In the United States District Court
District of Nevada

| Cameron Bell, Plaintiff | Case NO.: 2:17-CV-02709-JAD-BNW |
|---|---|
| V. | letter to clerk/Request to Magistrate Judge Brenda Weksler |
| Core Civic, et al Defendants | |

Dear Brenda, I received the minute order in chambers regarding conformed copies. You stated: If I send a additional copy of the Rule 60 (b) and (d) motion or pleading I can get a copy filed-stamped. I didn't have one at the time I sent the motion due to me not having access to the law library or copy machine.

Therefore Im requesting for a courtesy copy of the Motion and the Exhibits attached to it. Thank you.

**Order**

IT IS ORDERED that ECF No. 107 is
DENIED. The Court is not aware of any
order it issued regarding a Rule 60
motion or pleading.

IT IS SO ORDERED
DATED: 1:21 pm, October 14, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE