Cameron Bell #49789048
U.S.P Victorville
P.O. Box 3900
Adelanto, California 92301

**ORDER**
IT IS ORDERED that ECF No. 108 is GRANTED. The Clerk of Court is kindly directed to send Mr. Bell an updated copy of the docket.

**IT IS SO ORDERED**
DATED: 4:57 pm, October 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

10/6/2021

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 12 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

In The United States District Court
For The District of Nevada

| Cameron Bell, Plaintiff | Case NO.: 2:17-CV-02709-JAD-BNW |
|---|---|
| V. | Request for up to date docket sheet. |
| Core Civic, et al, Defendants | |

Certificate of Service

I, Cameron Bell, hereby certify that I have served a true and correct copy of the following:

Request for Docket sheet

I declare under penalty of perjury (Title 28 U.S.C Section 1746, that the foregoing is true and correct

Dated this October 6, 2021
respectfully submitted,
Cameron Bell



Cameron Bell #49789048
J.S.P. Victorville
P.O. Box 3900
Adelanto, California 92301

Legal Mail
Special Mail Handling
is to be opened in
the presence of the
Addressee

Clerk U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd So. - Rm #1334
Las Vegas, Nevada 89101

X-RAYED U.S. MARSHALS SERVICE

6910137065 0075

Milking Devon Cow
USA/FOREVER