**Order**

IT IS ORDERED that ECF No. 116, is DENIED. This case is closed. Accordingly, it is not appropriate for Plaintiff to be issuing subpoenas to anyone related to this case.

IT IS SO ORDERED
DATED: 10:56 am, November 05, 2021
BY: _____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Cameron Bell #49789048
U.S.P. Victorville
P.O. Box 3900
Adelanto, California 92301

United States District Court
District of Nevada

| | |
|---|---|
| Cameron Bell, Plaintiff | Case NO.: 2:17-CV-02709-JAD-BNW |
| V. | Motion for clerk to provide the Plaintiff Bell Authorized subpoena duces tecum forms/instructions under Federal Rules of Civil Procedure 45 |
| Core Civic, et al Defendants | |

Introduction

Currently, pending with this Court is the plaintiff, Cameron Bell motion for leave to reopen case to file motion under Federal Rule of Civil Procedure 60(b)(3) and 60(d)(3). (See ECF NO. 106) Now comes the plaintiff Cameron Bell, with good faith moves this Honorable Court with this motion for clerk to provide the plaintiff Bell the authorized subpoena duces tecum forms/instructions under Federal Rules of Civil procedure 45.

Law and Authorities

Courts in this Circuit require that a motion requesting issuance of a subpoena duces tecum be supported by: (1) clear identification of the documents sought and from whom and (2) a showing that the records are obtainable only through the identified third party. (See e.g. Davis V. Ramen, 2010

1

## Certificate of Service

I, Cameron Bell, hereby certify that I have served a true and correct copy of the following:

(1) (Exhibit "A") and (2) motion for clerk to provide subpoena duces tecum forms/instructions which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L.Ed. 2d 245 (1988) upon the clerk of the court:

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So. - RM#1334
Las Vegas, Nevada 89101

I, declare under penalty of perjury title 28 U.S.C. 1746, that the foregoing is true and correct

Dated this October 31, 2021

respectfully submitted,

Cameron Bell

# Exhibit "A"

# Exhibit "A"

September 11, 2020

Requestor: Cameron Bell
           USP Victorville
           PO Box 3900
           Adelanto, CA 92301

RE:   Documentation Video Footage and Pictures

Request:   The requestor seeks records regarding an August 9, 2017, event occurring at the Nevada Southern Detention Center.

Response:  Nevada Southern Detention Center is a facility housing only federal detainees, and is therefore not subject to the Nevada Open Records Act, N.R.S 239.001 et. seq. Further, Nevada Southern Detention Center is not subject to the federal Freedom of Information Act because it is owned and operated by a private entity. A FOIA request may be submitted to the United States Marshall Service via instructions provided at https://www.usmarshals.gov/foia/.

For further correspondence related to this request, please refer to the RE line provided above and direct correspondence to the address below to ensure proper and timely handling:

    Records Request - Nevada Southern Detention Center
    CoreCivic Office of General Counsel
    5501 Virginia Way
    Brentwood, Tennessee 37027



Omeyon Bell #44984048
I.S.P Victorville
P.O. Box 3400
Adelanto, California 92301

Legal Mail
Special mail to be
handling is to be
opened in the presence
of Addressee

Clerk U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse - Rm #1334
333 Las Vegas Blvd. So.
Las Vegas, Nevada 89101

SN BERNARDINO CA 923
2 NOV 2021 PM 7 L

FILED _____ RECEIVED
ENTERED _____ SERVED ON
_____ COUNSEL/PARTIES OF RECORD

NOV - 4 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY